In the Matter of a Proposal or Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments in a Certain Mortgage Covering Premises Situated at the North Side of Oakley Avenue, 130.33 Feet East of Westchester Avenue in the City of White Plains, County of Westchester, State of New York, Guaranteed by WESTCHESTER TITLE & TRUST COMPANY and Designated as Mortgage No. 7905 of Such Company. In the Matter of the Application of HURLBERT McANDREW, as Committee of the Property of WINTON T. FAIRCHILD, an Incompetent Person, for an Order Vacating and Setting Aside a Certain Order Herein, Dated May 18, 1936, and Filed May 19, 1936, Approving a Certain Plan Dated December 10, 1935, and Appointing WALTER W. WESTALL, OWEN A. MANDEVILLE and WILLIAM W. POST, Trustees Thereunder, Appellant; WALTER W. WESTALL, OWEN A. MANDEVILLE and WILLIAM W. POST, as Trustees under Said Plan; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK; GREEN-WOOD CEMETERY; 3–5 FRANKLIN AVENUE, INC., Respondents. — In a proceeding to vacate an order approving a plan of reorganization of mortgage investments and appointing trustees, on the ground that the court lacked jurisdiction of the subject-matter of the proceeding, order denying the motion affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell and Close, JJ., concur; Adel, J., not voting.

In the Matter of the Application of HENRY PIELSTICKER (Also Known as HARRY PIELSTICKER), Appellant, against PAUL LIVOTI, Clerk of the County of Queens, State of New York, Respondent.— Order denying appellant's application to be reinstated to the position of laborer in the office of the county clerk of Queens county as of December 31, 1939, on the ground that he is a war veteran, although it appears that his position in such office was abolished, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. [175 Misc. 592.]

In the Matter of ADDIE WILDER, Respondent, against RICHARD CARTER, Appellant.— Order of filiation of the Children's Court of Westchester County unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

DOROTHEA M. JAEKEL, as Executrix, etc., of JOHN H. E. JAEKEL, Deceased, Appellant, v. JOHN J. WANAMAKER and Others, Defendants, and EMIL RICHTER and MARIE RICHTER, His Wife, Respondents.— In an action to foreclose a mortgage on real property, plaintiff appeals from an order denying her motion to strike out the answer of respondents, and for summary judgment. Order affirmed, with ten dollars costs and disbursements. Issues have been raised which must be determined at a trial. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.